UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SACRAMENTO COUNTY JAIL,<br><br>　　　　　Respondent. | No.  2:22-cv-1770 AC P<br><br><br>ORDER |

　　　　Petitioner has requested the appointment of counsel.  ECF No. 5.  In support of the motion, petitioner states that he has a mental disability and that he can barely read or write.  Id. at 1.

　　　　There currently exists no right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 5) is DENIED without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: November 16, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE