UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:22-cv-1770 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, et al. | |
| Defendants. | |

On January 19, 2023, plaintiff filed a request for a court-appointed investigator. ECF No. 14. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for investigators. See 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an investigator (ECF No. 14) is DENIED.

DATED: March 22, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE